IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Houston, Fern Denise

Printed: 5/20/08

Case Number: 06 B 06853
Judge: Goldgar, A. Benjamin
Filed: 6/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 8, 2008
Confirmed: September 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,520.00 |  |
| Secured: |  | 11,274.79 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 745.21 |
| Other Funds: |  | 0.00 |
| Totals: | 14,520.00 | 14,520.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Staver & Gainsberg P.C. | Administrative | 2,500.00 | 2,500.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 512.56 | 512.56 |
| 5. | Household Financial Corporation | Secured | 2,355.10 | 681.32 |
| 6. | Select Portfolio Servicing | Secured | 34,846.57 | 10,080.91 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 2,915.13 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 3,237.69 | 0.00 |
| 9. | Trinity Hospital | Unsecured | 187.97 | 0.00 |
| 10. | Illinois Student Assistance Commission | Unsecured | 5,295.36 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 9,501.61 | 0.00 |
| 12. | Blue Island Dept of Police | Unsecured | 273.97 | 0.00 |
| 13. | NCO Financial Systems | Unsecured | 310.14 | 0.00 |
| 14. | Credit Collection | Unsecured |  | No Claim Filed |
| 15. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 18. | TRI-COUNTRY ACCOUNTS INC | Unsecured |  | No Claim Filed |
| 19. | ACL Inc | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 61,936.10 | $ 13,774.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 311.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Houston, Fern Denise | Case Number:  06 B 06853 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/20/08 | Filed:  6/13/06 |

                         5.4%                    434.17
                                                _____
                                                $ 745.21

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

                                      _____